# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00314-CV

**August Petersen, Patsy Petersen and State Farm Lloyds as Subrogee
of August Petersen and Patsy Petersen, Appellants**

**v.**

**Permian Plastering, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. GN501914, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants August Petersen, Patsy Petersen and State Farm Lloyds as Subrogee of August Petersen and Patsy Petersen and appellee Permian Plastering, Inc., wish to abate this appeal and have filed an agreed joint motion to abate. We grant the motion and abate this appeal.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Filed:   August 19, 2005